Douglas L. Johnson (SBN 209216)
Daniel B. Lifschitz (SBN 285068)
Aleeza L. Marashlian (SBN 332751)
**JOHNSON & JOHNSON LLP**
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone:  (310) 975-1080
Facsimile:   (310) 975-1095
Email:       djohnson@jjllplaw.com
             dlifschitz@jjllplaw.com
             amarashlian@jjllplaw.com

*Attorneys for Defendant*
KEVIN FRAZIER PRODUCTIONS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chosen Figure LLC,<br><br>   Plaintiff,<br><br>   vs.<br><br>Kevin Frazier Productions, Inc.,<br><br>   Defendant. | Case No. 2:22−cv−06518 MEMF (MAAx)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>[Memorandum of Points and Authorities in Support Thereof, Request for Judicial Notice, and Declaration of Aleeza L. Marashlian with Exhibits 1-2 filed concurrently]<br><br>Date:       January 19, 2023<br>Time:       10:00 a.m.<br>Courtroom:  8B<br>Judge:      Hon. Maame Ewusi−Mensah Frimpong |

NOTICE OF MOTION AND MOTION TO DISMISS

1  **TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES,**
2  **AND THEIR ATTORNEYS OF RECORD:**

3  PLEASE TAKE NOTICE that on January 19, 2023 at 10:00 a.m., or as soon
4  thereafter as the matter may be heard, in Courtroom 8B of the above-entitled Court,
5  located at the United States Courthouse, 350 West First Street, Los Angeles, CA
6  90012, defendant Kevin Frazier Productions, Inc. ("Defendant") will, and hereby
7  does, move the Court for an order dismissing the sole cause of action alleged in
8  Plaintiff Chosen Figure LLC's ("Plaintiff") complaint pursuant to Federal Rules of
9  Civil Procedure, Rule 12(b)(6) for failure to state a claim upon which relief can be
10 granted.

11 Defendant's grounds for making the instant motion are that Defendant's use
12 of the photograph upon which Plaintiff has brought suit constitutes fair use under
13 section 107 of Title 17 of the United States Code.

14 This motion is made following the conference of counsel pursuant to Local
15 Rule 7-3 which took place on Wednesday, November 16, 2022.

16 This Motion is based on this Notice of Motion and Motion, the concurrently
17 filed Memorandum of Points and Authorities, the concurrently-filed Request for
18 Judicial Notice and Declaration of Aleeza L. Marashlian with Exhibits 1-2, and any
19 further evidence or argument that may be received by the Court at or before the
20 hearing on this Motion.

21

22 Dated: November 28, 2022                    **JOHNSON & JOHNSON LLP**

23                                         By  /s/ Douglas L. Johnson
24                                             Douglas L. Johnson
                                               Daniel B. Lifschitz
25                                             Aleeza L. Marashlian
                                               *Attorneys for Defendant*
26

27

28